FILED US District Court-UT
MAR 12 '21 PM03:00

Jackie Van Leeuwen
4547 So. Abinadi Road
Millcreek, Utah 84124
Telephone: (801) 712-3276
E-mail: jackie.few@mail.com
*Pro-Se*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JACKIE VAN LEEUWEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>4547 ABINADI HOME, LLC, a Utah limited liability company,<br><br>Defendants. | **COMPLAINT**<br><br>Case:<br>Judge<br><br>Case: 2:21-cv-00157<br>Assigned To : Oberg, Daphne A.<br>Assign. Date : 3/12/2021<br>Description: Leeuwen v 4547 Abinadi Home |

**COMES NOW** Jackie Van Leeuwen ("**Plaintiff**" or "**JVL**"), acting *Pro-Se*, hereby alleges and complains against 4547 Abinadi Home, LLC ("**Company**" or "**defendants**") as follows:

### PARTIES

1. Plaintiff is an individual residing in Salt Lake County, State of Utah.

2. Company or defendants and parties under it or otherwise that may or could claim an interest in the subject property, is a registered limited liability company in the State of Utah.

### JURISDICTION & VENUE

4. Jurisdiction is proper pursuant to 28 U.S.C. § 1331 because of Plaintiffs claims under the Fair Debt Collection Practices Act ("FDCPA"). Venue is proper pursuant to 28 U.S.C. § 1391 because the real property at issue is located in Salt Lake County, State of Utah.

1

## RELEVANT FACTS

5.  This case involves certain real property located at 4547 Abinadi Road, Millcreek, in Salt Lake County, Utah, 84124 and is more particularly described as:

LOT 203, BALSAM RIDGE PARK PH 2.

Parcel ID No. 22014050430000,

(the "**Property**").

6.  Company owes a debt obligation to Plaintiff which, pursuant to the FDCPA 15 USC 1601 § 803(4), qualifies Plaintiff as a "Creditor."

7.  Additionally, pursuant to the FDCPA 15 USC 1601 § 803(3), defendant's debt obligation, due and owing to Plaintiff, qualifies them as a "Consumer" or borrower.

8.  Company used its interests in and or rights to the Property as collateral for the debt.

9.  Upon a breach or default in the repayment of the debt, Company was to surrender or convey its interests in and or rights to the Property via a recordable assignment to Plaintiff.

10. As a result of previous actions taken, all debt obligations, secured, unsecured or otherwise pertaining to the Property have been satisfied, discharged, quieted, nullified and are void.

## FIRST CAUSE OF ACTION

(Declaratory Judgment-As to Defendants-
Pursuant to the FDCPA, Plaintiff is entitled to Enforce Her Collection Rights)

14. Plaintiff incorporates and re-alleges each of the preceding paragraphs.

15. Company owes a debt obligation to Plaintiff which, pursuant to the FDCPA 15 USC 1601 § 803(4), qualifies Plaintiff as a "Creditor."

16. Pursuant to the FDCPA 15 USC 1601 § 803(3), defendants' debt obligation, due and owing to Plaintiff, qualifies them as a "Consumer" or borrower.

17. Company used its interests in and or rights to the Property as collateral for the debt.

18. Upon any breach or default in the repayment of the debt, Company was to surrender or convey its interests in and or rights to the Property via a recordable assignment to Plaintiff.

19. Plaintiff as a "Creditor," pursuant to the FDCPA 15 USC 1601 § 803(4), has an enforceable right to collect on debtor's pledged collateral or security.

20. As there is a controversy between parties, therefore, pursuant to 28 U.S. Code § 2201, et seq., Rule 57 of the Federal R. of Civ. P. and otherwise, Plaintiff is entitled to a declaratory judgment pertaining to this claim.

## SECOND CAUSE OF ACTION

(Quiet Title-As to Defendants)

21. Plaintiff incorporates and re-alleges each of the preceding paragraphs.

22. As a result of previous actions taken, any and all debt obligations, secured, unsecured or otherwise pertaining to the Property have been satisfied, discharged, quieted, nullified and are void.

23. As a result of this action, all claims to title, rights and interests or otherwise in and pertaining to the Property will be satisfied and fully resolved.

24. As a result of this and previous actions, Plaintiff should be the sole owner of all right, title and interest in and to the above-described real Property, free of encumbrances, liens, and claims to title, rights and interests or otherwise.

25. Plaintiff is entitled to the relief requested herein pertaining to this claim.

## RESERVATION TO AMEND

26. As varying situations may arise, Plaintiff reserves the right to amend this pleading.

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully seeks an Order of the Court stating:

1.  **First Cause of Action** - Declaratory Judgment - As to Defendants:

    (a) A declaratory judgment that pursuant to and in Compliance with the Fair Debt Collection Practices Act, Plaintiff is entitled to enforce her collection rights as described above with a recordable assignment from defendants surrendering and conveying all its interests in and rights to the Property.

2.  **Second Cause of Action** – Quiet Title – As to Defendants:

    (a) As a result of this and previous actions taken, all debt obligations, secured, unsecured or otherwise, all claims to title, rights, interests or otherwise in and pertaining to the Property have been satisfied, discharged, quieted, nullified and are void.

    (b) Accordingly; defendants, or all parties under it or otherwise, have no claim to ownership or title as Plaintiff is the sole owner of all right, title and interest in and to the described real Property, free of encumbrances, all liens, and claims to title, rights and interests or otherwise.

3.  And for such other and further relief as the court may deem just and proper.

DATED this _12th_ day of March 2021.

JACKIE VAN LEEUWEN

Jackie Van Leeuwen
*Plaintiff-Pro-Se*

4