FILED US District Court-UT
JUN 01 '21 PM 01:29

Jackie Van Leeuwen
4547 So. Abinadi Road
Millcreek, Utah 84124
Telephone: (801) 712-3276
E-mail: jackie.few@mail.com
*Pro-Se*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JACKIE VAN LEEUWEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> 4547 ABINADI HOME, LLC, a Utah limited liability company, <br><br> Defendants. | **MOTION FOR DEFAULT JUDGMENT** <br><br><br> Case: 2:21-cv-00157 TC-DAO |

Plaintiff brings this motion pursuant to Federal Rules of Civil Procedure 55(b)(1). The Clerk entered the Default Certificate on May 27th, 2021, (See a copy hereto attached as Exhibit "1"). Additionally, Plaintiff's claims are for a sum certain of no monetary amount. Therefore, Plaintiff requests the Clerk enter an order and judgment against Defendants pursuant to and in conformity with the relief requested in the Complaint. Moreover, in support of this request plaintiff relies upon the record in this case, and the declaration submitted herein as Exhibit "2."

DATED this  1st  day of June 2021

JACKIE VAN LEEUWEN

*Jackie Van Leeuwen*
*Plaintiff-Pro-Se*