FILED US District Court-UT
JUL 27 '21 PM12:22

Jackie Van Leeuwen
4547 So. Abinadi Road
Millcreek, Utah 84124
Telephone: (801) 712-3276
E-mail: jackie.few@mail.com
*Pro-Se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JACKIE VAN LEEUWEN, an individual, | |
| Plaintiff, | **MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| 4547 ABINADI HOME, LLC, a Utah limited liability company, | Case: 2:21-cv-00157 TC-DAO |
| Defendants. | |

Plaintiff brings this motion pursuant to Federal Rules of Civil Procedure 55(b)(2).

1. Plaintiff initiated this case by filing a Complaint against Defendants on March 12, 2021.

2. The Summons and Complaint were served on March 14, 2021.

3. The time in which to respond has passed, and Defendants failed to appear and defend.

4. The Clerk entered the Default Certificate on May 27th, 2021.[1]

5. Pursuant to Federal R. of Civ. P. 4(a)(1)(E), Defendants were notified that failure to appear and defend results in a default judgment for the relief demanded in the Complaint.[2]

6. Defendants failed to appear and defend.

---

[1] See a copy hereto attached as Exhibit "1".

[2] See Relief Requested at 4 of Plaintiff's Complaint.

7.    The relief requested in the "Second Cause of Action" of Plaintiff's Complaint is supported by a preliminary report and commitment for title insurance issued by Fidelity National Title Insurance Company[3] evidencing what Plaintiff stated is true and accurate:

> "As a result of this and previous actions taken… Plaintiff is the sole owner of all right, title, and interest in and to the described real Property, free of encumbrances, any and all liens, and claims to title, rights and interests or otherwise."

Accordingly, Plaintiff respectfully asks the Court to bring closure to this action with an entry of default judgment in conformity with the relief requested in the Complaint.

DATED this 27th day of July 2021

JACKIE VAN LEEUWEN

Jackie Van Leeuwen
*Plaintiff-Pro-Se*

---

[3] See a true and accurate copy of the preliminary report and commitment hereto attached as Exhibit "2".

2