# United States District Court

## District of Utah

JACKIE VAN LEEUWEN, an individual,

    Plaintiff,

v.

4547 ABINADI HOME, a Utah limited liability company,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-cv-00157-TC-DAO

IT IS ORDERED AND ADJUDGED that default judgment is granted and is entered according to law in conformity with the relief requested in the Plaintiff Jackie Van Leeuwen's Complaint (ECF No. 1).

August 12, 2021
*Date*

BY THE COURT:

*Tena Campbell*
U.S. District Court Judge Tena Campbell